United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN EDUARDO GONZALEZ GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-810 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## NOTICE OF DISMISSAL

Petitioner Juan Eduardo Gonzalez Gomez filed a Notice of Voluntary Dismissal (Doc. 4), dismissing all of his claims against Respondents without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a petitioner may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". The requirements of Rule 41(a)(1)(A)(i) have been met. The Notice dismisses this action without court order.

Except as agreed upon, each party shall bear its own costs and fees.

The Clerk of Court is directed to close this matter.

Signed on August 14, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1